**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNTIED STATES OF AMERICA,

v.                                                                                            CASE NO:  8:07-CR-105-T-30EAJ

NANCY MONTGOMERY WARE
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant's First Amended Motion to Vacate and Reconsider Judgment and Sentence; or Make Specific Findings (Dkt. #103). Defendant has filed this motion *pro se* despite the fact that Defendant is represented by counsel.  Local Rule 2.03(d) (M.D. Fla.) provides that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court."  Defendant did not seek leave of this Court prior to filing this motion *pro se*.  The Court finds, therefore, that Defendant is in violation of Local Rule 2.03 (M.D. Fla.).

Accordingly, it is **ORDERED** that the Clerk shall **STRIKE** Defendant's *pro se* Motion (Dkt. #103).

**DONE** and **ORDERED** in Tampa, Florida on December 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2007\07-cr-105.strike 103.wpd