# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:07-cr-105-T-30EAJ

**NANCY MONTGOMERY WARE**
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Release Pending Outcome on Appeal (Dkt. #118) and the Government's Response (Dkt. #119) filed in opposition thereto. Upon consideration, the Court determines that the Motion should be denied because the Defendant does not meet the provisions of 18 U.S.C. §3143. Specifically, the Defendant has not raised a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. As to the Defendant's claim that this Court made a finding of fact concerning the amount of loss, the Court notes that the Defendant admitted the amount of loss by admitting the facts contained in the pre-sentence report during the sentencing hearing (Dkt. #112, p.4). Further, the amount determined by the Court is the amount admittedly paid by the Defendant prior to the sentencing hearing.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion for Release Pending Outcome on Appeal (Dkt. #118) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cr-105.appeal 118.wpd