UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-cr-105-T-30EAJ

NANCY MONTGOMERY WARE
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Emergency Second Motion to Extend Time to Report (Dkt. #121). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Emergency Second Motion to Extend Time to Report (Dkt. #121) is GRANTED.

2. Defendant shall report for her period of imprisonment on or after April 30, 2008, or thereafter, as directed by the United States Marshal.

**DONE** and **ORDERED** in Tampa, Florida on March 31, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office

F:\Docs\2007\07-cr-105.report date 121.wpd