UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                    Case No.  8:07-cr-105-T-30EAJ

NANCY MONTGOMERY WARE
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Reconsider Release and to State its Reasoning with Particularity (Dkt. #123).  Defendant contends that the Court failed to specifically address any of the seven grounds she raised in her earlier Motion (Dkt. #118).   To the contrary, this Court specifically stated that Defendant's arguments, though eloquent, did not raise a substantial question of law or fact likely to result in reversal.  The instructions given to the jury were basically standard instructions from the Eleventh Circuit and Defendant's other arguments were likewise without merit.   Her argument that she did not knowingly and intelligently waive her right to counsel is absurd given the number of times she was requested, even entreated, by more than one judge to get a lawyer.  And, her attempt to raise an Apprendi/Booker argument about fact finding at sentencing is to no avail since all facts used at sentencing were admitted by her.  See United States v. Shelton, 400 F.3d 1325 (11th Cir. 2005).

It is therefore ORDERED AND ADJUDGED that:

      1.      Defendant's Motion to Reconsider Release and to State its Reasoning with Particularity (Dkt. #123) is DENIED.

      **DONE** and **ORDERED** in Tampa, Florida on April 15, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Probation Office

F:\Docs\2007\07-cr-105.reconsider 123.wpd